Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| Indo Jeon and Jenny Jeon, | Case No. 11-44184-SLM |
| | Hearing Date: July 13, 2016 at 10:30 a.m. |
| Debtors. | Judge: Stacey L. Meisel |

## APPLICATION APPROVING CONSENT ORDER

I, Francesca A. Arcure, hereby depose and says:

1. I am the attorney for Specialized Loan Servicing LLC.
2. The Debtors' attorney and I came to an agreement resolving Secured Creditor's Motion for Relief from Automatic Stay.
3. The attached Consent Order reflects the agreement of all parties and was entered voluntarily.
4. Both parties believe that it is in the best interest of all parties that this Consent Order be approved.
5. I certify that the foregoing is true to the best of my knowledge and am aware that if anything herein is willfully false, I am subject to punishment.

Dated: July 12, 2016

        Buckley Madole, P.C.
        Attorneys for Specialized Loan Servicing LLC

By:  */s/ Francesca A. Arcure*
      Francesca A. Arcure