

Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

Order Filed on July 21, 2016 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Indo Jeon and Jenny Jeon, | Case No. 11-44184-SLM |
| | Hearing Date: July 13, 2016 at 10:30 a.m. |
| Debtors. | Judge: Stacey L. Meisel |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: July 21, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Indo Jeon and Jenny Jeon |
| Case No.: | 11-44184-SLM |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FROM RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

THIS MATTER having been opened to the Court upon the motion of Specialized Loan Servicing LLC ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) with respect to the property known 1499 John Street, Fort Lee, New Jersey 07024, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. Debtors are delinquent eighteen (18) post-petition payments due February 2015 through July 2016, ten (10) payments in the amount of $2,019.33 and eight (8) payments in the amount of $2,088.80, less suspense of $1,368.64 for a total delinquency of $35,535.06.

2. Debtors to make a lump sum payment to Movant towards the arrears in secured funds in the amount of $15,535.06 no later than July 31, 2016

3. Debtors to make a lump sum payment to Movant towards the arrears in secured funds in the amount of $10,000.00 no later than August 31, 2016

4. Debtors to make a lump sum payment to Movant towards the arrears in secured funds in the amount of $10,000.00 no later than September 30, 2016

5. Payments to resume timely and in full with the August 2016 payment.

6. If Debtors should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the real property known as 1499 John Street, Fort Lee, New Jersey 07024.

| | |
|---|---|
| Debtors: | Indo Jeon and Jenny Jeon |
| Case No.: | 11-44184-SLM |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FROM RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

7.  Debtors to pay attorney fees and costs for the motion for relief in the amount of $526.00 to be paid as an administrative claim through the plan.

Consent to Form and Entry

**Buckley Madole, P.C.**  
Attorney for the Secured Creditor

By:/s/ *Francesca A. Arcure*  
     Francesca A. Arcure

Date: July 12, 2016

**Roger B. Radol, Esq. LLC**  
Attorney for the Debtors

By:/s/ *Roger B. Radol*  
     Roger B. Radol

Date: July 12, 2016