Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

**Order Filed on July 21, 2016 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Indo Jeon and Jenny Jeon, | Case No. 11-44184-SLM |
|  | Hearing Date: July 13, 2016 at 10:30 a.m. |
| Debtors. | Judge: Stacey L. Meisel |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: July 21, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

CONSENT ORDER

5120-N-0365
OrdCOEXPNJBAll

| | |
|---|---|
| Debtors: | Indo Jeon and Jenny Jeon |
| Case No.: | 11-44184-SLM |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FROM RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

THIS MATTER having been opened to the Court upon the motion of Specialized Loan Servicing LLC ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) with respect to the property known 1499 John Street, Fort Lee, New Jersey 07024, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. Debtors are delinquent eighteen (18) post-petition payments due February 2015 through July 2016, ten (10) payments in the amount of $2,019.33 and eight (8) payments in the amount of $2,088.80, less suspense of $1,368.64 for a total delinquency of $35,535.06.

2. Debtors to make a lump sum payment to Movant towards the arrears in secured funds in the amount of $15,535.06 no later than July 31, 2016

3. Debtors to make a lump sum payment to Movant towards the arrears in secured funds in the amount of $10,000.00 no later than August 31, 2016

4. Debtors to make a lump sum payment to Movant towards the arrears in secured funds in the amount of $10,000.00 no later than September 30, 2016

5. Payments to resume timely and in full with the August 2016 payment.

6. If Debtors should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the real property known as 1499 John Street, Fort Lee, New Jersey 07024.

| | |
|---|---|
| Debtors: | Indo Jeon and Jenny Jeon |
| Case No.: | 11-44184-SLM |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FROM RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

7. Debtors to pay attorney fees and costs for the motion for relief in the amount of $526.00 to be paid as an administrative claim through the plan.

Consent to Form and Entry

**Buckley Madole, P.C.**
Attorney for the Secured Creditor

By: /s/ *Francesca A. Arcure*
    Francesca A. Arcure

Date: July 12, 2016

**Roger B. Radol, Esq. LLC**
Attorney for the Debtors

By: /s/ *Roger B. Radol*
    Roger B. Radol

Date: July 12, 2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 11-44184-SLM
Indo Jeon                                                                 Chapter 13
Jenny Jeon
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Jul 22, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2016.
db/jdb         +Indo Jeon,    Jenny Jeon,    1499 John Street,    Fort Lee, NJ 07024-2563

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2016                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2016 at the address(es) listed below:
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC
               nj_ecf_notices@buckleymadole.com
              Joshua I. Goldman    on behalf of Creditor    Specialized Loan Servicing LLC
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              R. A. Lebron   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Roger B. Radol    on behalf of Debtor Indo  Jeon radolbankruptcy@gmail.com,
               radolbankruptcy2@gmail.com
              Roger B. Radol    on behalf of Joint Debtor Jenny  Jeon radolbankruptcy@gmail.com,
               radolbankruptcy2@gmail.com
                                                                                             TOTAL: 6