| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**ROGER B. RADOL, ESQ.**<br>15 Engle Street, Suite 102<br>Englewood, NJ 07631<br>(201) 567-6557<br>radolbankruptcy@gmail.com<br>Attorney for Debtor | **Order Filed on July 27, 2016 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey** |

| | | |
|---|---|---|
| In Re:<br>    INDO JEON<br>    JENNY JEON<br><br>                    Debtor | Case No.:<br><br>Chapter :<br><br>Judge : | 11-44184<br><br>13<br><br>Stacey L. Meisel |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 27, 2016**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Roger B. Radol, Esq._____ , the applicant, is allowed a fee of $ __400.00__ for services rendered and expenses in the amount of $ __25.00__ for a total of $ __425.00__ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.