| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**ROGER B. RADOL, ESQ.**<br>15 Engle Street, Suite 102<br>Englewood, NJ 07631<br>(201) 567-6557<br>radolbankruptcy@gmail.com<br>Attorney for Debtor | Order Filed on July 27, 2016 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey |
| In Re:<br>  INDO JEON<br>  JENNY JEON<br><br>                            Debtor | Case No.:    11-44184<br><br>Chapter :     13<br><br>Judge :        Stacey L. Meisel |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 27, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Roger B. Radol, Esq._____ , the applicant, is allowed a fee of $ __400.00__ for services rendered and expenses in the amount of $ __25.00__ for a total of $ __425.00__ . The allowance shall be payable:

    ☑    through the Chapter 13 plan as an administrative priority.

    ☐    outside the plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 11-44184-SLM
Indo Jeon                                                             Chapter 13
Jenny Jeon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1            Date Rcvd: Jul 27, 2016
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2016.
db/jdb         +Indo Jeon,   Jenny Jeon,   1499 John Street,   Fort Lee, NJ 07024-2563

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2016 at the address(es) listed below:
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC
               nj_ecf_notices@buckleymadole.com
              Joshua I. Goldman    on behalf of Creditor    Specialized Loan Servicing LLC
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Roger B. Radol    on behalf of Debtor Indo  Jeon radolbankruptcy@gmail.com,
               radolbankruptcy2@gmail.com
              Roger B. Radol    on behalf of Joint Debtor Jenny  Jeon radolbankruptcy@gmail.com,
               radolbankruptcy2@gmail.com
                                                                                               TOTAL: 6