Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 11−44184−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Indo Jeon
1499 John Street
Fort Lee, NJ 07024

Jenny Jeon
1499 John Street
Fort Lee, NJ 07024

Social Security No.:
  xxx−xx−4663                                   xxx−xx−3154

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on January 12, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 13, 2017
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 11-44184-SLM
Indo Jeon                                                           Chapter 13
Jenny Jeon
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jan 13, 2017
                              Form ID: 148             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2017.
```
db/jdb         +Indo Jeon,    Jenny Jeon,    1499 John Street,    Fort Lee, NJ 07024-2563
cr             +Specialized Loan Servicing LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
512571908      +Chase Home Equity Loan Servicing,    PO Box 24714,    Columbus, OH 43224-0714
512571909       Chase Home Finance,    P. O. Box 24696,    Columbus, OH 43224-0696
512571914      +Estate Information Services, LLC dba,    EIS Collections,    2323 Lake Club Drive,    Suite 300,
                 Columbus, OH 43232-3205
513711310       JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
512944335      +JPMorgan Chase Bank, National Association,    Chase Records Center, Attn: Corresponden,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
512571917      +Nationwide Credit Inc.,    2015 Vaughn Road,    Building 400,    Kennesaw, GA 30144-7802
512823024      +Realty 7, LLC,    701 East Palisades Avenue,    Englewood Cliffs, NJ 07632-3055
514100524      +Specialized Loan Servicing LLC,    Bankruptcy Department,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129-2386
514100525      +Specialized Loan Servicing LLC,    Bankruptcy Department,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129,    Specialized Loan Servicing LLC,
                 Bankruptcy Department 80129-2386
512571918      +Valentine & Kebartas, Inc.,    15 Union Street,    Lawrence, MA 01840-1866
512571921      +Yun Suk Park,    34 Trotters Lane,    Allendale, NJ 07401-2004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 13 2017 23:39:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 13 2017 23:39:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
512571901       EDI: HNDA.COM Jan 13 2017 23:23:00      American Honda Finance,    Po Box 168088,
                 Irving, TX 75016
512631552       EDI: HNDA.COM Jan 13 2017 23:23:00      AMERICAN HONDA FINANCE CORPORATION,
                 NATIONAL BANKRUPTCY CENTER,    P.O. BOX 168088,    IRVING, TX 75016-8088
512571900       EDI: AMEREXPR.COM Jan 13 2017 23:23:00      American Express,    PO Box 981535,
                 El Paso, TX 79998-1535
512571899      +EDI: BECKLEE.COM Jan 13 2017 23:23:00      American Express,    c/o Becket and Lee LLP,
                 Po Box 3001,    Malvern, PA 19355-0701
512687422       EDI: BECKLEE.COM Jan 13 2017 23:23:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
512571903      +EDI: HNDA.COM Jan 13 2017 23:23:00      American Honda Finance Corportaion,    POB 168088,
                 Irving, TX 75016-8088
512661118      +EDI: OPHSUBSID.COM Jan 13 2017 23:23:00      BACK BOWL I LLC, SERIES C,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
512571904       EDI: BANKAMER.COM Jan 13 2017 23:23:00      Bank Of America,    PO Box 982234,
                 El Paso, TX 79998-2234
512668795       EDI: BANKAMER2.COM Jan 13 2017 23:23:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102
512571905      +EDI: TSYS2.COM Jan 13 2017 23:23:00      Barclays Bank Delaware,
                 Attention: Customer Support Department,    Po Box 8833,    Wilmington, DE 19899-8833
512668813      +EDI: OPHSUBSID.COM Jan 13 2017 23:23:00      CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
512571906       EDI: CBCSI.COM Jan 13 2017 23:23:00      CBCS,    P. O. Box 163250,    Columbus, OH 43216-3250
512571911       EDI: CITICORP.COM Jan 13 2017 23:23:00      Citibank Sd, Na,    Attn: Centralized Bankruptcy,
                 Po Box 20507,    Kansas City, MO 64195
512571907      +EDI: CHASE.COM Jan 13 2017 23:23:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
512684265       EDI: CHASE.COM Jan 13 2017 23:23:00      Chase Bank USA, N.A.,    PO Box 15145,
                 Wilmington, DE 19850-5145
512571910      +EDI: CITICORP.COM Jan 13 2017 23:23:00      Citi,    PO Box 6500,    Sioux Falls, SD 57117-6500
512571912      +EDI: COLLECTCORP.COM Jan 13 2017 23:23:00      Collectcorp,    POB 101928,    Dept 4947A,
                 Birmingham, AL 35210-6928
512592699       EDI: DISCOVER.COM Jan 13 2017 23:23:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
512571913      +EDI: DISCOVER.COM Jan 13 2017 23:23:00      Discover Fin,    Attention: Bankruptcy Department,
                 Po Box 6103,    Carol Stream, IL 60197-6103
512824779       EDI: JEFFERSONCAP.COM Jan 13 2017 23:24:00      FIRST FINANCIAL PORTFOLIO MANAGEMENT INC,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-9617
512599453       E-mail/Text: ECF@SHERMETA.COM Jan 13 2017 23:39:27      JPMorgan Chase Bank, N.A.,
                 c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI 48308-0908
512806263       EDI: BL-CREDIGY.COM Jan 13 2017 23:23:00      Main Street Acquisition Corp,    Becket and Lee LLP,
                 Attorneys/Agent for Creditor,    POB 3001,    Malvern, PA 19355-0701
512661127      +EDI: OPHSUBSID.COM Jan 13 2017 23:23:00      OAK HARBOR CAPITAL III, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
512925980       EDI: PRA.COM Jan 13 2017 23:23:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk VA 23541
```

```
District/off: 0312-2          User: admin              Page 2 of 2                   Date Rcvd: Jan 13, 2017
                              Form ID: 148             Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
512640383         EDI: RECOVERYCORP.COM Jan 13 2017 23:23:00
                   Portfolio Investments I LLC           Recover,   25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
512599327         EDI: Q3G.COM Jan 13 2017 23:23:00      Quantum3 Group LLC as agent for World Financial Ne,
                   World Financial Network National Bank,   PO Box 788,   Kirkland, WA  98083-0788
512571919         EDI: WFNNB.COM Jan 13 2017 23:23:00     WFNNB-Potter Barn,   Customer Service,   Po Box 182273,
                   Columbus, OH 43218-2273
512571920        +EDI: WFNNB.COM Jan 13 2017 23:23:00     Wfnnb/pottery Barn,   Po Box 182789,
                   Columbus, OH 43218-2789
                                                                                              TOTAL: 30

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
512571902*       ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                  (address filed with court: American Honda Finance,   POB 168088,   Irving, TX 75016)
513693332*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates, LLC,   P.O. Box 41067,
                   Norfolk, VA 23541)
512571915        ##NAFS,   165 Lawrence Bell Drive,   Ste. 100,   P.O. Box 9027,   Williamsville, NY 14231-9027
512571916        ##Nationwide Credit Inc.,   1150 E University Drive,   First Floor,   Tempe, AZ 85281-8674
                                                                                       TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC
               nj_ecf_notices@buckleymadole.com
              Joshua I. Goldman    on behalf of Creditor    Specialized Loan Servicing LLC
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Roger B. Radol    on behalf of Debtor Indo  Jeon radolbankruptcy@gmail.com,
               radolbankruptcy2@gmail.com
              Roger B. Radol    on behalf of Joint Debtor Jenny  Jeon radolbankruptcy@gmail.com,
               radolbankruptcy2@gmail.com
                                                                                                TOTAL: 7
```