UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROGER B. RADOL, ESQ.
15 Engle Street, Suite 102
Englewood, NJ 07631
(201) 567-6557
radolbankruptcy@gmail.com
Attorney for Debtors

**Order Filed on May 10, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

   INDO JEON
   JENNY JEON

Case Number: 11-44184

Hearing Date: ~~April 26, 2017~~ May 10, 2017

Judge: Stacey L. Meisel

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 10, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been presented to the Court by ___Indo Jeon and Jenny Jeon___ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

*new.7/12/16*