UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ROGER B. RADOL, ESQ.
15 Engle Street, Suite 102
Englewood, NJ 07631
(201) 567-6557
radolbankruptcy@gmail.com
Attorney for Debtors

Order Filed on May 10, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

    INDO JEON
    JENNY JEON

| | |
|---|---|
| Case Number: | 11-44184 |
| Hearing Date: | ~~April 26, 2017~~ May 10, 2017 |
| Judge: | Stacey L. Meisel |
| Chapter: | 13 |

Recommended Local Form:  ☒ Followed   ☐ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 10, 2017**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been presented to the Court by ___Indo Jeon and Jenny Jeon___ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

*new.7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Indo Jeon  
Jenny Jeon  
    Debtors

Case No. 11-44184-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: May 10, 2017  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.  
db/jdb         +Indo Jeon,    Jenny Jeon,    1499 John Street,    Fort Lee, NJ 07024-2563

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2017 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor     Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Francesca Ann Arcure    on behalf of Creditor     Specialized Loan Servicing LLC nj_ecf_notices@buckleymadole.com  
         Joshua I. Goldman    on behalf of Creditor     Specialized Loan Servicing LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         R. A. Lebron    on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com  
         Roger B. Radol    on behalf of Debtor Indo   Jeon radolbankruptcy@gmail.com, radolbankruptcy2@gmail.com  
         Roger B. Radol    on behalf of Joint Debtor Jenny   Jeon radolbankruptcy@gmail.com, radolbankruptcy2@gmail.com  
                                                                                                 TOTAL: 7