Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 11−44184−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Indo Jeon | Jenny Jeon |
| 1499 John Street | 1499 John Street |
| Fort Lee, NJ 07024 | Fort Lee, NJ 07024 |

Social Security No.:
  xxx−xx−4663                                    xxx−xx−3154

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 22, 2017</u>           <u>Stacey L. Meisel</u>
                                         Judge, United States Bankruptcy Court